Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SBN 197007)
HATTIS LUKACS & CORRINGTON
11711 SE 8th St, Ste 120
Bellevue, WA 98005
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com
Email: pkl@hattislaw.com

*Attorneys for Plaintiffs and the Proposed Class*

JASON D. RUSSELL (CA 169219)
Jason.Russell@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone:    (213) 687-5000
Facsimile:    (213) 687-5600

STEPHANIE SHERIDAN (CA 135910)
ssheridan@beneschlaw.com
BENESCH, FRIEDLANDER, COPLAN
  & ARONOFF LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone:    (628) 600-2250
Facsimile:    (628) 221-5828

OF COUNSEL:
MICHAEL W. MCTIGUE JR.
Michael.McTigue@skadden.com
MEREDITH C. SLAWE
Meredith.Slawe@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone:    (212) 735-3000
Facsimile:    (212) 735-2000

*Attorneys for Defendant Best Buy Co., Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEROY PORCHIA;<br>ALLEGRA PORCHIA;<br>MARILYN KAYE; and<br>AARON LAMOREE;<br>For Themselves,<br>As Private Attorneys General, and<br>On Behalf Of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>BEST BUY CO., INC.,<br><br>                    Defendant. | Case No. 3:25-cv-00134-TLT<br><br>**STIPULATION AND [PROPOSED] ORDER TO:**<br><br>**1. SET BRIEFING SCHEDULE ON MOTION TO TRANSFER, AND**<br><br>**2. TAKE OFF CALENDAR MOTION TO COMPEL ARBITRATION AND CONDITIONALLY GRANT LEAVE TO FILE SUR-REPLY**<br><br>[CIVIL L.R. 7-12] |

STIPULATION AND ORDER TO SET BRIEFING SCHEDULE ON MOTION TO TRANSFER, ETC.    - 1 -

HATTIS LUKACS & CORRINGTON
11711 SE 8th Street, Suite 120
Bellevue, WA  98005
T: 425.233.8650 | F: 425.412.7171
www.hattislaw.com

## STIPULATION

### The Motion To Transfer

WHEREAS, on Monday, July 14, 2025, Defendant Best Buy Co., Inc. ("Best Buy") filed a Motion To Transfer (Dkt. 33) that seeks to have this civil action transferred to the U.S. District Court for the District of Minnesota;

WHEREAS, pursuant to Civil Local Rules 7-3(a) and 7-3(c), the Opposition of Plaintiffs Leroy Porchia, Allegra Porchia, Marilyn Kaye and Aaron Lamoree (collectively, "Plaintiffs") to the Motion To Transfer is due to be filed on or before Monday, July 28, 2025, and Best Buy's Reply in support of the Motion To Transfer is due to be filed on or before Monday, August 4, 2025;

WHEREAS, the Motion To Transfer is noticed to be heard on November 18, 2025;

WHEREAS, Plaintiffs and Best Buy each seek additional time to prepare their respective Opposition and Reply on the Motion to Transfer; and

WHEREAS, Plaintiffs and Best Buy concur that this Court should decide the Motion To Transfer *before* deciding Best Buy's pending Motion To Compel Arbitration.

### The Pending Motion To Compel Arbitration

WHEREAS, on March 31, 2025, Best Buy filed its Motion To Compel Arbitration (Dkt. 22), which is scheduled to be heard by this Court on November 18, 2025, at 2:00 p.m.;

WHEREAS, pursuant to the Order Granting Stipulation Setting Briefing Schedule (Dkt. 13), on May 30, 2025, Plaintiffs filed their Opposition To Defendant Best Buy Co., Inc.'s Motion To Compel Arbitration (Dkt. 29), and, on July 14, 2025, Best Buy filed its Reply In Support Of Its Motion To Compel Arbitration (Dkt. 32); and

WHEREAS, Plaintiffs believe that Best Buy's Reply In Support Of Its Motion To Compel Arbitration contains additional facts that warrant Plaintiffs' filing of a limited Sur-Reply to address only these new facts;

### Stipulation

NOW, THEREFORE, Plaintiffs and Best Buy STIPULATE and AGREE that the Court should enter an Order that:

STIPULATION AND ORDER TO SET BRIEFING SCHEDULE ON MOTION TO TRANSFER, ETC.    - 2 -

HATTIS LUKACS & CORRINGTON
11711 SE 8th Street, Suite 120
Bellevue, WA 98005
T: 425.233.8650 | F: 425.412.7171
www.hattislaw.com

1. SETS the following briefing schedule for Best Buy's Motion To Transfer:

    a. Plaintiffs' Opposition due: Monday, September 1, 2025

    b. Best Buy's Reply due: Monday, October 6, 2025

2. MAINTAINS the hearing of the Motion To Transfer on November 18, 2025, at 2:00 p.m.;

3. TAKES OFF CALENDAR Best Buy's pending Motion To Compel Arbitration and VACATES its current hearing; and

4. In the event that the Court denies the Motion To Transfer, GRANTS LEAVE for Plaintiffs to file within 35 days of the denial a Sur-Reply (limited to 15 pages of argument) responding only to additional facts raised in Best Buy's Reply In Support Of Motion To Compel Arbitration.

Date: July 23, 2025

HATTIS LUKACS & CORRINGTON

By: /s/ Paul Karl Lukacs
Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SBN 197007)
HATTIS LUKACS & CORRINGTON
11711 SE 8th Street, Suite 120
Bellevue, WA 98005
Telephone: (425) 233-8650
Email: dan@hattislaw.com
Email: pkl@hattislaw.com

*Attorneys for Plaintiffs
and the Proposed Class*

Date: July 23, 2025

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: /s/ Jason D. Russell
Jason D. Russell (SBN 169219)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone: (213) 687-5000
Email: jason.russell@skadden.com

*Attorneys for Defendant*

STIPULATION AND ORDER TO SET BRIEFING SCHEDULE ON MOTION TO TRANSFER, ETC.   - 3 -

HATTIS LUKACS & CORRINGTON
11711 SE 8th Street, Suite 120
Bellevue, WA 98005
T: 425.233.8650 | F: 425.412.7171
www.hattislaw.com

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: July ___, 2025

_____
HON. TRINA L. THOMPSON
Judge of the U.S. District Court

STIPULATION AND ORDER TO SET BRIEFING SCHEDULE ON MOTION TO TRANSFER, ETC.   - 4 -

**HATTIS LUKACS & CORRINGTON**
11711 SE 8th Street, Suite 120
Bellevue, WA 98005
T: 425.233.8650 | F: 425.412.7171
www.hattislaw.com

**ECF ATTESTATION**

I, Paul Karl Lukacs, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-1(h)(3).

Dated: July 23, 2025                         /s/   *Paul Karl Lukacs*
                                                              Paul Karl Lukacs

STIPULATION AND ORDER TO SET BRIEFING SCHEDULE ON MOTION TO TRANSFER, ETC.   - 5 -

HATTIS LUKACS & CORRINGTON
11711 SE 8th Street, Suite 120
Bellevue, WA  98005
T: 425.233.8650 | F: 425.412.7171
www.hattislaw.com