Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SBN 197007)
HATTIS LUKACS & CORRINGTON
11711 SE 8th St, Ste 120
Bellevue, WA 98005
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com
Email: pkl@hattislaw.com

*Attorneys for Plaintiffs
and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEROY PORCHIA et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>BEST BUY CO., INC.,<br><br>                    Defendant. | Case No. 3:25-cv-00134-TLT<br><br>**PLAINTIFF AARON LAMOREE'S NOTICE OF VOLUNTARY DISMISSAL**<br><br>**[FRCP 41(a)(1)(A)(i)]** |

PLAINTIFF AARON LAMOREE'S
NOTICE OF VOLUNTARY DISMISSAL

**HATTIS LUKACS & CORRINGTON**
11711 SE 8th St, Ste 120
Bellevue, WA 98005
T: 425.233.8650 | F: 425.412.7171
www.hattislaw.com

## NOTICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff Aaron Lamoree hereby provides notice that he is dismissing without prejudice the entirety of his action and claims alleged against Defendant Best Buy Co., Inc. ("Best Buy"). Best Buy has *not* served an answer or a motion for summary judgment.

Pursuant to Fed.R.Civ.P. 23(e), Plaintiff Lamoree provides notice that, while the operative First Amendment Complaint (Dkt. 14) is alleged as a class action, a class has *not* been certified and a class has *not* been proposed to be certified for purposes of settlement.

Plaintiffs Leroy Porchia and Allegra Porchia remain as named Plaintiffs and as proposed class representatives who are continuing to prosecute this class action.

Date: July 27, 2025

Presented by:

HATTIS LUKACS & CORRINGTON

By: _____
Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SBN 197007)
HATTIS LUKACS & CORRINGTON
11711 SE 8th Street, Suite 120
Bellevue, WA 98005
Telephone: (425) 233-8650
Email: dan@hattislaw.com
Email: pkl@hattislaw.com

*Attorneys for Plaintiffs
and the Proposed Class*

PLAINTIFF AARON LAMOREE'S
NOTICE OF VOLUNTARY DISMISSAL

HATTIS LUKACS & CORRINGTON
11711 SE 8th St, Ste 120
Bellevue, WA 98005
T: 425.233.8650 | F: 425.412.7171
www.hattislaw.com