1  DANIEL M. HATTIS (SBN 232141)
   dan@hattislaw.com
2  PAUL KARL LUKACS (SBN 197007)
   pkl@hattislaw.com
3  HATTIS LUKACS & CORRINGTON
   11711 SE 8th Street, Suite 120
4  Bellevue, Washington 98005
   Telephone:     (425) 233-8650
5  Facsimile:     (425) 412-7171

6  *Attorneys for Plaintiffs and the Proposed Class*

7  JASON D. RUSSELL (CA 169219)            OF COUNSEL:
   Jason.Russell@skadden.com               MICHAEL W. MCTIGUE JR.
8  SKADDEN, ARPS, SLATE,                   Michael.McTigue@skadden.com
      MEAGHER & FLOM LLP                   MEREDITH C. SLAWE
9  2000 Avenue of the Stars, Suite 200N    Meredith.Slawe@skadden.com
   Los Angeles, California 90067           SKADDEN, ARPS, SLATE,
10 Telephone:     (213) 687-5000              MEAGHER & FLOM LLP
   Facsimile:     (213) 687-5600           One Manhattan West
11                                         New York, New York 10001
   STEPHANIE SHERIDAN (CA 135910)          Telephone:     (212) 735-3000
12 ssheridan@beneschlaw.com                Facsimile:     (212) 735-2000
   MEEGAN B. BROOKS (CA 298570)
13 mbrooks@beneschlaw.com
   NICOLETTE SHAMSIAN (CA 341466)
14 nshamsian@beneschlaw.com
   BENESCH, FRIEDLANDER, COPLAN
15    & ARONOFF LLP
   100 Pine Street, Suite 3100
16 San Francisco, California 94111
   Telephone:     (628) 600-2250
17 Facsimile:     (628) 221-5828

18 *Attorneys for Defendant Best Buy Co., Inc.*

19

20                 **UNITED STATES DISTRICT COURT**

21              **NORTHERN DISTRICT OF CALIFORNIA**

22                  **SAN FRANCISCO DIVISION**

23 LEROY PORCHIA, *et al.*,                | Case No.: 3:25-cv-00134-TLT

24                  Plaintiffs,            | **JOINT STATUS REPORT**

25          v.                             | Judge: Hon. Trina L Thompson

26 BEST BUY CO., INC.,

27                  Defendant.

28

---

JOINT STATUS REPORT                                CASE NO.: 3:25-CV-00134-TLT

1    Pursuant to the Court's August 12, 2025, Order (ECF No. 46), Plaintiffs Leroy Porchia and Allegra

2 Porchia ("Plaintiffs") and Defendant Best Buy Co., Inc. ("Best Buy") submit this Joint Status Report

3 regarding the outcome of the private mediation that occurred on September 18, 2025:

4    The parties have reached a resolution of this matter and expect to file a notice of dismissal within

5 the next sixty (60) days.

6

7    Dated: September 25, 2025                    Dated: September 25, 2025

8    HATTIS LUKACS & CORRINGTON            SKADDEN, ARPS, SLATE,
                                                                    MEAGHER & FLOM LLP

9

10

11    By: *s/ Paul Karl Lukacs*                      By: */s Jason D. Russell*
     DANIEL M. HATTIS (SBN 232141)            JASON D. RUSSELL (CA 169219)
     dan@hattislaw.com                                  Jason.Russell@skadden.com
12    PAUL KARL LUKACS (SBN 197007)          SKADDEN, ARPS, SLATE,
     pkl@hattislaw.com                                     MEAGHER & FLOM LLP
13    HATTIS LUKACS & CORRINGTON            2000 Avenue of the Stars, Suite 200N
     11711 SE 8th Street, Suite 120                 Los Angeles, California 90067
14    Bellevue, Washington 98005                   Telephone:     (213) 687-5000
     Telephone:     (425) 233-8650               Facsimile:     (213) 687-5600
15    Facsimile:       (425) 412-7171

16    *Attorneys for Plaintiffs*                       *Attorney for Defendant*
     *and the Proposed Class*

17

18

19

20

21

22

23

24

25

26

27

28

1